UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** _____   Caption [use short title] _____

**Motion for:** _____

_____

_____

Set forth below precise, complete statement of relief sought:

_____

_____

_____

_____

_____

_____

**MOVING PARTY:** _____   **OPPOSING PARTY:** _____

☐ Plaintiff    ☐ Defendant

☐ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** _____   **OPPOSING ATTORNEY:** _____

[name of attorney, with firm, address, phone number and e-mail]

_____    _____

_____    _____

_____    _____

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):

☐ Yes   ☐ No (explain): _____

_____

Opposing counsel's position on motion:

☐ Unopposed   ☐ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:

☐ Yes   ☐ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

_____

_____

_____

Is the oral argument on motion requested?   ☐ Yes   ☐ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☐ Yes   ☐ No  If yes, enter date: _____

**Signature of Moving Attorney:**
/s/ Gideon Rapaport *pro se*
_____ **Date:** _____   Service :  ☐ Electronic   ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

May 19, 2025

**VIA ACMS**

Catherine O'Hagan Wolfe, Clerk of Court
Second Circuit Court of Appeals
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

       Re: **Emergency Motion to File Oversized Reply**

Dear Ms. Wolfe,

       I am writing to respectfully request permission to file an oversized reply to cure the defect in my reply filed on May 14, 2025.

       My initial motion brief, filed on April 28, 2025 was significantly undersized at 1,622 words out of a maximum of 5,200 words (under one third the permissible size) due to its arrival in an emergency posture with just days left to provide relief from the District Order appealed. Since then the District delayed the onset of the expected irreparable injury from May 2, 2025 to June 2, 2025.

       The entirety of the overage of my reply brief is attributable to the provision of a preliminary statement and background information, which I did not have the time or resources to include in the initial motion. The non-argumentative preliminary statement and background information provided in the oversized reply requiring curing will assist the Court in speedily and efficiently determining this motion without needing to look elsewhere to obtain basic information about the case or motion. Even with an oversized reply, my motion and reply together represent less than 2/3 of the overall word limit.

       It was impossible for me to anticipate that the District would grant an extension of time to the deadline which otherwise would have caused the irreparable injury which I hope my be averted by the staying the related case of Rapaport v. Epstein et al. 24-cv-7439 as I have moved for.

       I affirm that all written above is true to the best of my knowledge.

       Thank you for considering my request in this matter,

              /s/ Gideon Rapaport *pro se*
              GideonRapaportLaw@outlook.com
              (862) 213-0895
              #627 1078 Summit Avenue
              Jersey City, New Jersey, 07307