# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of May, two thousand twenty-five.

Before:     Maria Araújo Kahn,
                   *Circuit Judge.*

---

Gideon Rapaport,

      Plaintiff - Appellant,

  v.

Ajay Srinivasan Iyer, Zachary George Garrett, Richard Allen Epstein,

      Defendants - Appellees,

John Doe #1, a Reddit.com user, John Doe #2, a Top-Law-Schools.com user, John Doe #3, a current or former NYU Law student, Individually, Mitchell Kevalla Pallaki,

      Defendants.

---

**ORDER**

Docket No. 25-841

      Appellant, pro se, moves to stay district court proceedings pending appeal. Appellant further moves for leave to file an oversized reply in support of his motion.

      IT IS HEREBY ORDERED that, to the extent Appellant seeks a temporary stay pending review by a three-Judge panel, the motion is DENIED. The motion to stay district court proceedings is REFERRED to a three-Judge panel. The motion to file an oversized reply is GRANTED.

      For the Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court