# SCHAERR JAFFE LLP

June 10, 2025

<u>Via ACMS</u>

Ms. Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals
 for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:  *Rapaport v. Doe #1*
         Case No. 25-841
         On Appeal from the U.S. District Court, S.D.N.Y.
         Case No. 1:23-cv-6709-JGLC, Hon. Jessica G.L. Clarke

Dear Ms. Wolfe:

      I represent Defendants-Appellees Ajay Iyer and Zachary Garrett in the above-captioned matter and submit jointly with counsel for Defendant-Appellee Richard Epstein this scheduling request in accordance with Local Rule 31.2(a)(1)(B). This request is timely filed within fourteen days of the filing of Appellant's brief on May 30, 2025. Appellees respectfully request that the deadline to file their response brief be set for August 8, 2025, which is within the 91 days allowed by Rule 31.2.

**Brian J. Field** | PARTNER
Office  (202) 787-1060
Email  bfield@schaerr-jaffe.com

SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
www.schaerr-jaffe.com

Ms. Catherine O'Hagan Wolfe, Clerk of Court
June 10, 2025
Page 2

    Respectfully submitted,

    Schaerr | Jaffe LLP

    */s/ Brian J. Field*
    Brian J. Field
    *Counsel for Defendants-Appellees*
    *Ajay Iyer and Zachary Garrett*


    Davis Wright Tremaine LLP

    */s/ Jeremy Chase*
    Jeremy Chase
    *Counsel for Defendant-Appellee*
    *Richard Epstein*

## CERTIFICATE OF SERVICE

I certify that on June 10, 2025, the foregoing was served via electronic mail, and via U.S. Mail, postage prepaid, to:

Gideon Rapaport
1078 Summit Avenue, #627
Jersey City, NJ 07307
Email: gideonrapaportlaw@outlook.com
*Pro se Appellant*

*/s/ Brian J. Field*
Brian J. Field
