UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

---

| | |
|---|---|
| Gideon Rapaport, | **ORDER** |
| Plaintiff - Appellant, | Docket No. 25-841 |
| v. | |
| Ajay Srinivasan Iyer, Zachary George Garrett, Richard Allen Epstein, | |
| Defendants - Appellees, | |
| John Doe #1, a Reddit.com user, John Doe #2, a Top-Law-Schools.com user, John Doe #3, a current or former NYU Law student, Individually, Mitchell Kevalla Pallaki, | |
| Defendants. | |

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of June, two thousand twenty-five,

---

Counsel for APPELLEE Ajay Srinivasan Iyer, Zachary George Garrett and Richard Allen Epstein have filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 8, 2025 as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before August 8, 2025. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

