UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 25-841

Caption [use short title]

Motion for: Extension of time to file reply briefs.

Set forth below precise, complete statement of relief sought:
Extend time to file reply briefs from August 29, 2025 to September 11, 2025

**Rapaport v. Doe 1 et al.**

MOVING PARTY: Gideon Rapaport
OPPOSING PARTY: Ajay Srinivasan Iyer, Zachary George Garrett, Richard Allen Epstein

☑ Plaintiff ☐ Defendant
☑ Appellant/Petitioner ☐ Appellee/Respondent

MOVING ATTORNEY: Gideon Rapaport pro se
OPPOSING ATTORNEY: Brian J. Field
[name of attorney, with firm, address, phone number and e-mail]

GideonRapaportLaw@outlook.com
(862) 213-0895
#627 1078 Summit Ave Jersey City, NJ 07307

1717 K Street NW Suite 900
Washington DC 2006, bfield@schaerr-jaffe.com
202-776-0136

Court- Judge/ Agency appealed from:

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☑ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)
Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date:

**Signature of Moving Attorney:**
/s/ Gideon Rapaport pro se  Date: 8/12/2025  Service by: ☑ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

August 12, 2025

**VIA ACMS**

Catherine O'Hagan Wolfe, Clerk of Court
Second Circuit Court of Appeals
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: **Motion to Extend Time to File Reply Briefs**

Dear Ms. Wolfe,

    I am writing to respectfully request an extension of time to file reply briefs to the two appellee briefs. The deadline for the appellee briefs was August 8, 2025 which would ordinarily set a reply brief deadline of August 29, 2025. The extension I am requesting is until September 11, 2025.

    Due to technical issues with the Court's electronic document retrieval system I was unable to retrieve any documents from August 8 until 11PM ET, August 11 despite frequent attempts during all hours. This deprived me of an entire weekend to work on this material. Even still, I was only able to retrieve the brief of defendant-appellee Epstein, and not the brief of defendants-appellees Iyer and Garrett. The latter brief has a defective document issue of some kind, that prevents me from accessing it, and I do not know when it will be resolved.

    This partially past and partially ongoing delay aside, I expected that all appellees would file a brief together since per ACMS #42-43 a single brief is mentioned, and it is indicated that defendants Iyer and Garrett (jointly represented) filed a single scheduling notification also on behalf of defendant Epstein. If the defective brief is of approximately the same length, the total material that I have to respond to will be about 160 pages, and my responses will limited to 14,000 words altogether. I am self-represented and fear that it will be impossible for me to do all of this in 17 days (or probably less considering unavailability by reason of defect of defendants Iyer and Garrett's brief).

    Thank you for considering my request,

        /s/ Gideon Rapaport *pro se*
        GideonRapaportLaw@outlook.com
        (862) 213-0895
        #627 1078 Summit Avenue
        Jersey City, New Jersey, 07307