# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-841

**Caption [use short title]**

**Motion for:** Extension of time to file reply

Leave to file two replies (one for each appellee brief)

Rapaport v. Doe 1 et al

**Set forth below precise, complete statement of relief sought:**

Extend time to file reply (or replies) to September 11, 2025 from August 29, 2025.

Grant leave to file two replies in total, one per appellee brief

**MOVING PARTY:** Gideon Rapaport

**OPPOSING PARTY:** Ajay Srinivasan Iyer, Zachary George Garrett, Richard Allen Epstein

■ Plaintiff   ☐ Defendant

■ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Gideon Rapaport (pro se)

**OPPOSING ATTORNEY:** Brian J. Field

[name of attorney, with firm, address, phone number and e-mail]

GideonRapaportLaw@outlook.com
(862) 213-0895
#627 1078 Summit Avenue, Jersey City NJ, 07307

1717 K Street NW Suite 900
Washington DC 20006, bfield@schaerr-jaffe.com
(202) 776-0136

**Court- Judge/ Agency appealed from:** The Honorable Judge Jessica G. L. Clarke

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
■ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ■ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ■ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ■ Yes ☐ No

Requested return date and explanation of emergency: 8/29/2025
Original motion filed 8/12/2025. Response not received.
Impending deadline on 8/29/2025.
Defendants Iyer and Garrett only cured defects in materials today 8/27/2025.

Is the oral argument on motion requested?  ☐ Yes  ■ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ■ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Gideon Rapaport   **Date:** 8/27/2025   **Service:** ■ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

August 27, 2025
**VIA ACMS**

**25-841 Rapaport v. Doe 1 et al.**

Re:     **Renewed Motion to Extend Time to File Reply**
        **Motion To File Two Separate Reply Briefs**

    I am respectfully writing to renew my request for an extension of time to reply to the appellee briefs and also move to two file two separate briefs, one in response to each appellee brief. I believe that this will be beneficial in addressing the arguments of the differently situated appellees and avoid confusion.

    My initial motion to extend the time to reply was filed on August 12, 2025, and I have not received any response from the Court or from the other parties, whom I emailed to inform them of the motion prior to filing. My filing deadline for my reply is August 29, 2025 and I am respectfully requesting an extension until September 11, 2025. This represents an extension of 13 days.

    The current deadline causes me extreme hardship. As I stated in my initial request, due to technical issues with the Court's electronic document retrieval system I was unable to retrieve any documents from August 8 until 11PM ET, August 11 despite frequent attempts during all hours. This deprived me of an entire weekend to work on this material. Even still, I was only able to retrieve the brief of defendant-appellee Epstein late on August 11, and not the brief of defendants-appellees Iyer and Garrett. The latter brief had a defective document issue that prevented me from accessing it at the same time as defendant Epstein's brief.

    Defendants Iyer and Garrett only finished curing all the defects in their filings today, August 27, 2025, thereby only making them accessible to me 19 days after their filing deadline. This leaves me with just just two full days to prepare a reply to their material by the current deadline of August 29, 2025.

    Thank you for considering my request,

        /s/ Gideon Rapaport *pro se*
        GideonRapaportLaw@outlook.com
        (862) 213-0895
        #627 1078 Summit Avenue
        Jersey City, New Jersey, 07307